costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ.

BETTY BASSETT, an Infant, by ELIZABETH D. BASSETT, Her Guardian ad Litem, v. LEONARD HILL and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendants filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

RICHARD C. LENT v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Assignment of HARFORD FROCKS, INC., to LOUIS BROD, JOSEPH SPECTOR and PHILIP ROTHENBERG, for the Benefit of Its Creditors, and REAL SILK HOSIERY MILLS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NELLIE M. MAHANEY, Sole Surviving Executrix of the Last Will and Testament of JOHN WHALEN, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 763.]

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NELLIE M. MAHANEY, Sole Surviving Executrix of the Last Will and Testament of JOHN WHALEN, Deceased,— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 763.]

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NELLIE M. MAHANEY, Sole Surviving Executrix of the Last Will and Testament of JOHN WHALEN, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 763.]

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of NELLIE M. MAHANEY, Sole Surviving Executrix of the Last Will and Testament of JOHN WHALEN, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 763.]

In the Matter of the Application of CECILIA DANKER for an Order of Mandamus against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and JOSEPH D. McGOLDRICK, Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals granted; question certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 765.]

In the Matter of EZRA GOTTLIEB, an Attorney.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of SAMUEL TANZ for Reinstatement to the Bar. — Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.